JoAnna Canzoner McCormick
PO Box 684
Pasadena CA 91102 ~~~~ ORIGINAL

January 05, 2012
~~December 15, 2011~~

**3=12CV00.65-L**

United States Federal Court
Headquarters and Dallas Divisional Office
1100 Commerce Street 1452
Dallas Texas 75242

RE: COURT FILING

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN - 9 2012

CLERK, U.S. DISTRICT COURT
By _____ DB   Deputy   12:15pm
121048

DEAR GENTLEMEN:

PLEASE FIND ATTACHED AND ENCLOSED FOR DOCUMENTS FOR THE FILLING OF
A LAWSUIT
THE FOLLOWING DOCUMENTS:

CIVIL CASE COVER SHEET
SUMMONS
COMPLAINT (ATTACHMENTS,BREACH OF CONTRACT,
   INTENTIONAL TORT,GENERAL NEGLIGENCE AND FRAUD
REQUEST FOR PRODUCTION OF DOCUMENTS
TEMPORARY RETAINING ORDER AND MOTION TO STAY *Free Hotmails*
AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF
   FILLING AND SERVICE FEES AND COSTS AND TO PROCEED
   AS A POOR PERSON
PROOF OF SERVICE / Set of Facts / Copyrights / Patents
   Trademark
   Evidence copies of the certified undocumented copyright
   Patent and Trademark

SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME IN WRITING

THANK YOU

~~SINCERELY~~

JoAnne Canzoni Mclash

**JO ANNA CANZONERI MCCORMICK**
**P O BOX 684**
**Pasadena California 91102**

United States Federal Court
~~500 Pearl Street~~ 9cm
~~New York New York 10038~~ 9cm
1100 Commerce Street Dallas Texas

**PLAINTIFF:**
**JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;**
**JOHN DOES 1-1000**
**JANE DOES 1-1000**

# COMPLAINT
# CASE NO.
# BREACH OF A CONTRACT
# NEGLIGENCE
# DISCRIMINATION
# FRAUD
# CIVIL RIGHTS
# CONSTITUTIONAL RIGHTS


**VS**



**DEFENDANT:**
PRESIDENT BARACK OBAMA,AN INDIVIDUAL,ETAL;
UNITED STATES OF AMERICA,A BUSINESS ENTITY,ETAL;
USA,A BUSINESS ENTITY,ETAL;
US,A BUSINESS ENTITY,ETAL;
**ALABAMA,A BUSINESS ENTITY,ETAL:**
**BIRMINGHAM,A BUSINESS ENTITY,ETAL:**
**JEFFERSON,A BUSINESS ENTITY,ETAL:**
**ALASKA,A BUSINESS ENTITY,ETAL:**
**ANCHORAGE,A BUSINESS ENTITY,ETAL:**
**ANCHORAGE,A BUSINESS ENTITY,ETAL:**

ARIZONA,A BUSINESS ENTITY,ETAL;
PHOENIX,A BUSINESS ENTITY,ETAL;
MARICOPA,A BUSINESS ENTITY,ETAL;
ARKANSAS,A BUSINESS ENTITY,ETAL;
LITTLE ROCK,A BUSINESS ENTITY,ETAL;
PULASKI,A BUSINESS ENTITY,ETAL;
NORTHERN CALIFORNIA,A BUSINESS ENTITY,ETAL;
SOUTHERN CALIFORNIA,A BUSINESS ENTITY,ETAL;
CENTRAL CALIFORNIA,A BUSINESS ENTITY,ETAL;
CALIFORNIA,A BUSINESS ENTITY,ETAL;
ALHAMBRA,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES,A BUSINESS ENTITY,ETAL
COLORADO,A BUSINESS ENTITY,ETAL;
DENVER,A BUSINESS ENTITY,ETAL;
DENVER,A BUSINESS ENTITY,ETAL;
CONNECTICUT,A BUSINESS ENTITY,ETAL;
BRIDGEPORT,A BUSINESS ENTITY,ETAL;
FAIRFIELD,A BUSINESS ENTITY,ETAL;
DELAWARE,A BUSINESS ENTITY,ETAL;
WILMINGTON,A BUSINESS ENTITY,ETAL;
NEW CASTLE,A BUSINESS ENTITY,ETAL;
DISTRICT OF COLUMBIA,A BUSINESS ENTITY,ETAL;
FLORIDA,A BUSINESS ENTITY,ETAL;
JACKSONVILLE,A BUSINESS ENTITY,ETAL;
DUVAL,A BUSINESS ENTITY,ETAL;
GEORGIA,A BUSINESS ENTITY,ETAL;
ATLANTA,A BUSINESS ENTITY,ETAL;
FULTON,A BUSINESS ENTITY,ETAL;
HAWAII,A BUSINESS ENTITY,ETAL;
HONOLULU,A BUSINESS ENTITY,ETAL;
HONOLULU,A BUSINESS ENTITY,ETAL;
IDAHO,A BUSINESS ENTITY,ETAL;
BOISE,A BUSINESS ENTITY,ETAL;
ADA,A BUSINESS ENTITY,ETAL;
ILLINOIS,A BUSINESS ENTITY,ETAL;
CHICAGO,A BUSINESS ENTITY,ETAL;
WHEATON,A BUSINESS ENTITY,ETAL;
COOK,A BUSINESS ENTITY,ETAL;
INDIANA,A  BUSINESS ENTITY,ETAL;
INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
MARION,A BUSINESS ENTITY,ETAL;
IOWA,A BUSINESS ENTITY,ETAL;
DES MOINES,A BUSINESS ENTITY,ETAL;
POLK,A BUSINESS ENTITY,ETAL;

KANSAS,A BUSINESS ENTITY,ETAL;
WICHITA,A BUSINESS ENTITY,ETAL;
SEDGWICK,A BUSINESS ENTITY,ETAL;
KENTUCKY,A BUSINESS ENTITY,ETAL;
LOUISVILLE,A BUSINESS ENTITY,ETAL;
JEFFERSON,A BUSINESS ENTITY,ETAL;
LOUISIANA,A BUSINESS ENTITY,ETAL;
NEW ORLEANS,A BUSINESS ENTITY,ETAL;
ORLEANS,A BUSINESS ENTITY,ETAL;
MAINE,A BUSINESS ENTITY,ETAL;
PORTLAND,A BUSINESS ENTITY,ETAL;
CUMBERLAND,A BUSINESS ENTITY,ETAL;
MARYLAND,A BUSINESS ENTITY,ETAL;
BALTIMORE,A BUSINESS ENTITY,ETAL;
BALTIMORE,A BUSINESS ENTITY,ETAL;
MASSACHUSETTS,A BUSINESS ENTITY,ETAL;
BOSTON,A BUSINESS ENTITY,ETAL;
BRISTOL,A BUSINESS ENTITY,ETAL;
MICHIGAN,A BUSINESS ENTITY,ETAL;
DETROIT,A BUSINESS ENTITY,ETAL;
WAYNE,A BUSINESS ENTITY,ETAL;
MINNESOTA,A BUSINESS ENTITY,ETAL;
MINNEAPOLIS,A BUSINESS ENTITY,ETAL;
HENNEPIN,A BUSINESS ENTITY,ETAL;
MISSISSIPPI,A BUSINESS ENTITY,ETAL;
JACKSON,A BUSINESS ENTITY,ETAL;
HINDS,A BUSINESS ENTITY,ETAL;
MISSOURI,A BUSINESS ENTITY,ETAL;
KANSAS CITY,A BUSINESS ENTITY,ETAL;
JACKSON,A BUSINESS ENTITY,ETAL;
MONTANA,A BUSINESS ENTITY,ETAL;
BILLINGS,A BUSINESS ENTITY,ETAL;
WELLOWSTONE,A BUSINESS ENTITY,ETAL;
NEBRASKA,A BUSINESS ENTITY,ETAL;
OMAHA,A BUSINESS ENTITY,ETAL;
DOUGLAS,A BUSINESS ENTITY,ETAL;
NEVADA,A BUSINESS ENTITY,ETAL;
LAS VEGAS,A BUSINESS ENTITY,ETAL;
CLARK,A BUSINESS ENTITY,ETAL;
NEW HAMPSHIRE,A BUSINESS ENTITY,ETAL;
MANCHESTER,A BUSINESS ENTITY,ETAL;
HILLSBOROUGH,A BUSINESS ENTITY,ETAL;
NEW JERSEY,A BUSINESS ENTITY,ETAL;
NEWARK,A BUSINESS ENTITY,ETAL;
ESSEX,A BUSINESS ENTITY,ETAL;
NEW MEXICO,A BUSINESS ENTITY,ETAL;
ALBUQUERQUE,A BUSINESS ENTITY,ETAL;
BERNALILLO,A BUSINESS ENTITY,ETAL;

NY,A BUSINESS ENTITY,ETAL;
NYC,A BUSINESS ENTITY,ETAL;
NEW YORK,A BUSINESS ENTITY,ETAL;
NEW YORK POLICE OFFICER,AN INDIVIDUAL,ETAL;
NEW YORK STATE POLICE,A BUSINESS ENTITY,ETAL;
NEW YORK STATE ATTORNEY,AN INDIVIDUAL,ETAL;
NEW YORK CHILDREN SERVICES,A BUSINESS ENTITY,ETAL;
NEW YORK STATE OFFICE  CHILDREN AND FAMILY SERVICES,A BUSINESS
ENTITY,ETAL;
NEW YORK STATE COUNCIL ON CHILDREN AND FAMILY SERVICES,A BUSINESS
ENTITY,ETAL;
NEW YORK STATE ATTORNEYS OFFICE,A BUSINESS ENTITY,ETAL;
STATE OF NEW YORK,A BUSINESS ENTITY,ETAL;
BROOKLYN,A BUSINESS ENTITY,ETAL;
KINGS,A BUSINESS ENTITY,ETAL;
NORTH CAROLINA,A BUSINESS ENTITY,ETAL;
CHARLOTTE,A BUSINESS ENTITY,ETAL;
MECKLENBURG,A BUSINESS ENTITY,ETAL;
NORTH DAKOTA,A BUSINESS ENTITY,ETAL;
FARGO,A BUSINESS ENTITY,ETAL;
CASS,A BUSINESS ENTITY,ETAL;
OHIO,A BUSINESS ENTITY,ETAL;
COLUMBUS,A BUSINESS ENTITY,ETAL;
FRANKLIN,A BUSINESS ENTITY,ETAL;
OKLAHOMA,A BUSINESS ENTITY,ETAL;
OKLAHOMA CITY,A BUSINESS ENTITY,ETAL;
OKLAHOMA,A BUSINESS ENTITY,ETAL;
OREGON,A BUSINESS ENTITY,ETAL;
PORTLAND,A BUSINESS ENTITY,ETAL;
OREGON,A BUSINESS ENTITY,ETAL;
PENNSYLVANIA,A BUSINESS ENTITY,ETAL;
PHILADELPHIA,A BUSINESS ENTITY,ETAL;
PHILADELPHIA,A BUSINESS ENTITY,ETAL;
RHODE ISLAND,A BUSINESS ENTITY,ETAL;
PROVIDENCE,A BUSINESS ENTITY,ETAL;
PROVIDENCE,A BUSINESS ENTITY,ETAL;
SOUTH CAROLINA,A BUSINESS ENTITY,ETAL;
COLUMBIA,A BUSINESS ENTITY,ETAL;
RICHLAND,A BUSINESS ENTITY,ETAL;
SOUTH DAKOTA,A BUSINESS ENTITY,ETAL;
SIOUX FALLS,A BUSINESS ENTITY,ETAL;
MINNEHAHA,A BUSINESS ENTITY,ETAL;
TENNESSEE,A BUSINESS ENTITY,ETAL;
MEMPHIS,A BUSINESS ENTITY,ETAL;
SHELBY,A BUSINESS ENTITY,ETAL;
TEXAS,A BUSINESS ENTITY,ETAL;
HOUSTON,A BUSINESS ENTITY,ETAL;
HARRIS,A BUSINESS ENTITY,ETAL;
UTAH,A BUSINESS ENTITY,ETAL;

**KING,A BUSINESS ENTITY,ETAL;**
**WASHINGTON DC,A BUSINESS ENTITY,ETAL;**
**WEST VIRGINIA,A BUSINESS ENTITY,ETAL;**
**CHARLESTON,A BUSINESS ENTITY,ETAL;**
**KANAWHA,A BUSINESS ENTITY,ETAL;**
**WISCONSIN,A BUSINESS ENTITY,ETAL;**
**MILWAUKEE,A BUSINESS ENTITY,ETAL;**
**MILWAUKEE,A BUSINESS ENTITY,ETAL;**
**WYOMING,A BUSINESS ENTITY,ETAL;**
**CHEYENNE,A BUSINESS ENTITY,ETAL;**
**LARAMIE,A BUSINESS ENTITY,ETAL;**

City of Alhambra, a business entity, etal;
County of Los Angeles, a business entity etal;
California, a business entity, etal;
State of California, a business entity, etal;

CITY OF ALHAMBRA
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY CLERK,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY HALL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY MANAGER,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FIRE DEPARTMENT/PARAMEDICS,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FOR ANY ALHAMBRA CITY GOVERNMENT OFFICE NOT LISTED ABOVE,A
BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
LIBRARY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC LIBRARY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PARKS AND RECREATION,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PERSONNEL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
POLICE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC WORKS,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SALE STREETS NOW,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC SCHOOL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SCHOOL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SCHOOL-PUBLIC,A BUSINESS ENTITY,ETAL;
ALHAMBRA
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY CLERK,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY HALL,A BUSINESS ENTITY,ETAL;
ALHAMBRA

CITY MANAGER,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FIRE DEPARTMENT/PARAMEDICS,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FOR ANY ALHAMBRA CITY GOVERNMENT OFFICE NOT LISTED ABOVE,A
BUSINESS ENTITY,ETAL;
ALHAMBRA
LIBRARY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC LIBRARY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PARKS AND RECREATION,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PERSONNEL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
POLICE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC WORKS,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SALE STREETS NOW,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC SCHOOL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SCHOOL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SCHOOL-PUBLIC,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY CLERK,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY HALL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY MANAGER,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;

COUNTY OF L.A., a business entity, etal.)

COUNTY OF LOS ANGELES
ADMINISTRATIVE OFFICES, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
ADOPTIONS DEPARTMENT SEE CHILDREN AND FAMILY SERVICES
DEPARTMENT, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
AGRICULTURAL COMMISSIONER-WEIGHTS AND MEASURES, A BUSINESS
ENTITY, ETAL;
COUNTY OF LOS ANGELES
ALTERNATE PUBLIC DEFENDER, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
ANIMAL CARE AND CONTROL, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
ARBORETA AND BOTANIA GARDENS, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
ARBORETA AND BOTANIA GARDENS SEE PARKS AND RECREATION
DEPARTMENT, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
ART'S COMMISSION, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
ASSESSOR, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
AUDITOR-CONTROLLER, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
BEACHES-HARBORS DEPARTMENT, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
BOARD OF SUPERVISORS, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
CAO DEPARTMENT, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
CENTRAL FRAUD REPORTING LINE-24HRS (HOURS) CALL, A BUSINESS
ENTITY, ETAL;
COUNTY OF LOS ANGELES
CHILD SUPPORT SERVICES DEPARTMENT, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
CHILDREN AND FAMILIES COMMISSION FOR, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
CHILDRENS AND FAMILY SERVICES DEPARTMENT, A BUSINESS
ENTITY, ETAL;
COUNTY OF LOS ANGELES
CHILDRENS SERVICES COMMISSION, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
CHILDRENS SERVICES COMMISSION SEE CHILDREN AND FAMILIES
COMMISSION FOR, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
COLLECTIONS-DEPARTMENT, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
COLLECTIONS DEPARTMENT OF SEE TREASURES-TAX COLLECTOR, A
BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
COMMUNITY AND SENIOR SERVICES DEPARTMENT, A BUSINESS
ENTITY, ETAL;
COUNTY OF LOS ANGELES
COMMUNITY DEVELOPMENT COMMISSION, A BUSINESS ENTITY, ETAL;
COUNTY OF LOS ANGELES
CONCILIATION COURT, A BUSINESS ENTITY, ETAL;

COUNTY OF LOS ANGELES
CONSUMER AFFAIRS DEPARTMENT OF,A BUSINESS ENTITY,ETAL;


COUNTY OF LOS ANGELES
DEPARTMENT OF CONSUMER AFFAIRS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COUNTY CLERK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COUNTY ENGINEER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DISABLITIES-COMMISSION ON,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DISTRICT ATTORNEY,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DOMESTIC VIOLENCE HOTLINE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ELDER ABUSE HOTLINE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HARBOR PATROL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HAZARDOUS MATERIALS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HEALTH SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HEALTH SERVICES DEPARTMENT-PUBLIC HEALTH PROGRAMS,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HOSPITAL AND CLINICS SERVICES,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
INFORMATION-COUNTY AND GENERAL SERVICES,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
INFORMATION-FOR INFORMATION OR SERVICES NOT LISTED
CALL THE NEAREST COUNTY OFFICE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
JUVENILE TRAFFIC,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
LIBRARY PUBLIC,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
LIFEGUARDS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARINA DEL REY HARBOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARSHAL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARSHAL SEE SHERIFF CIVIL DIVISION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MEDI-CAL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MEDI-CAL SEE YOUR LOCAL ASSISTANCE PAYMENT OFC(OFFICE)
UNDER PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MENTAL HEALTH SERVICES,A BUSINESS ENTITY,ETAL;

COUNTY OF LOS ANGELES
MILITARY AND VETERANS AFFAIRS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUNICIPAL COURTS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUNICIPAL COURTS SEE SUPERIOR COURT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSEUM OF ART,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSEUM OF NATURAL HISTORY,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSIC AND PERFORMING ARTS COMMISSION,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSIC AND PERFORMING ARTS COMMISSION SEE ARTS
COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
NURSING HOME INFORMATION AND REFERRAL SERVICE-NHIRS,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
OFFICE OF EDUCATIONS-ADMIN (ADMINISTRATION) OFFICE,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
OMBUDSMAN OFFICE OF,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PARKS AND RECREATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PATIENTS RIGHTS OFFICE-MENTAL HEALTH DEPARTMENT OF,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DEPARTMENT OF MENTAL HEALTH,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PATRIOTIC HALL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PRENATAL CARE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PROBATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC WORKS DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
RECORDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
RECORDER SEE REGISTRAR-RECORDER COUNTY CLERK,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGIONAL PLANNING DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGISTRAR RECORDER COUNTY CLERK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGISTRAR-RECORDER COUNTY CLERK 12400 E (EAST)  IMPERIAL
HWY (HIGHWAY) NORWALK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES

RETIREMENT INFORMATION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ROAD DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SAN GABRIEL VALLEY MOSQUITO AND VECTOR CONTROL
DISTRICT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SANTATION DISTRICTS OF LOS ANGELES COUNTY,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
SHERIFF,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERINTENDENT OF SCHOOLS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT OF CALIFORNIA-COUNTY OF LOS ANGELES,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TAX COLLECTOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TAX COLLECTOR SEE TREASURER-TAX COLLECTOR,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TREASURER-TAX COLLECTOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
VETERINARY PUBLIC HEALTH,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
VINE VICTIM NOTIFICATION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WEIGHTS AND MEASURES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WELFARE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WELFARE SEE PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
WOMEN COMMISSION FOR,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ADMINISTRATIVE OFFICES,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ADOPTIONS DEPARTMENT SEE CHILDREN AND FAMILY SERVICES
DEPARTMENT,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
AGRICULTURAL COMMISSIONER-WEIGHTS AND MEASURES,A BUSINESS
ENTITY,ETAL;
LOS ANGELES COUNTY
ALTERNATE PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;

State of CA, a business entity, etal;

STATE OF CALIFORNIA
ACCOUNTANCY BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF ACCOUNTANCY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AIR RESOURCES BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ALCOHOLIC BEVERAGE CONTROL DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AREA BOARD 10,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ASSEMBLY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AUTOMOTIVE REPAIR BUREAU OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BUREAU OF AUTOMOTIVE REPAIR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BARBERING AND COSMETOLOTY PROGRAM,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BEHAVIORAL SCIENCE EXAMINERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF BEHAVIORAL SCIENCE EXAMINERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BUREAU OF STATE AUDITS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CALIF (CALIFORNIA) ARCHITECTS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ARCHITECTS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CALIFORNIA STATE AUDITOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
STATE AUDITOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CEMETERY-FUNERAL PROGRAMS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CHILD MOLESTER IDENTIFICATION LINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
COMPENSATION INSURANCE FUND,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONSERVATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONSUMER AFFAIRS DEPARTMENT OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONTRACTORS STATE LICENSE BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CORRECTIONS DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
COURT REPORTERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF COURT REPORTERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DENTAL AUXILIARY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DENTAL EXAMINERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF DENTAL EXAMINERS,A BUSINESS ENTITY,ETAL;

STATE OF CALIFORNIA
DMV (DEPARTMENT OF MOTOR VEHICLES),A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DMV (DEPARTMENT OF MOTOR VEHICLES) SEE MOTOR VEHICLES DEPARTMENT OF,A
   BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EMPLOYMENT TRAINING PANEL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ENERGY COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EQUALIZATION BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF EQUALIZATION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FAIR EMPLOYMENT AND HOUSING DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FISH AND GAME DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FISH & GAME DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FRANCHISE TAX BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
OFFICE OF THE GOVERNOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA GOVERNOR OFFICE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

GEOLOGISTS AND GEOPHYSICISTS BOARD OF REGISTRATION FOR,A BUSINESS
ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF REGISTRATION FOR GEOLOGISTS AND GEOPHYSICISTS,A BUSINESS
ENTITY,ETAL;
STATE OF CALIFORNIA

HABEAS CORPUS RESOURCE CENTER,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HEALTH SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HIGHWAY PATROL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOME FURNISHINGS BUREAU OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BUREAU OF HOME FURNISHINGS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOMEOWNERS AND RENTERS ASSISTANCE FOR SENIOR CITIZENS AND DISABLED AND
BLIND,A
    BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOMEOWNERS & RENTERS ASSISTANCE FOR SENIOR CITIZENS & DISABLED & BLIND,A
    BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

IF YOU ARE UNABLE TO FIND THE STATE OFFICE YOU NEED CALL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

INDUSTRIAL RELATIONS DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

JUDICIAL PERFORMANCE COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

LANDSCAPE ARCHITECTS TECHNICAL COMMITTEE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

LOTTERY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MANAGED HEALTH CARE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MEDICAL BOARD OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MEDICAL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MOTOR VEHICLES DEPARTMENTS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

NATIONAL GUARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

NURSES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OPTOMETRY BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF OPTOMETRY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OSHA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OSHA SEE INDUSTRIAL (RELATION DEPARTMENT),A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PARKS AND RECREATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PHARMACY BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PHYSICAN-DOCTOR COMPLAINT HOTLINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PODIATRIC MEDICINE BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF PODIATRIC MEDICINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PROFESSIONAL ENGINEERS BOARD OF REGISTRATION FOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PSYCHOLOGY BOARD OF,A BUSINESS ENTITY, ETAL;
STATE OF CALIFORNIA

BOARD OF PSYCHOLOGY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PUBLIC UTILITIES COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REAL ESTATE DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REAL ESTATE COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REHABILITATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SAN GABRIEL BASIN WATER QUALITY AUTHORITY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BASIN WATER QUALITY AUTHORITY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SECURITY AND INVESTIGATIVE SERVICES,A BUSINESS ENTITY, ETAL;
STATE OF CALIFORNIA

SENATE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE SENATE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE BAR OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE COMPENSATION INSURANCE FUND,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STRUCTURAL PEST CONTROL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TAXES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TAXES SEE FRANCHISE TAX BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TOXIC SUBSTANCES CONTROL DEPARTMENT OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

DEPARTMENT OF TOXIC SUBSTANCES CONTROL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TRANSPORTATION DEPARTMENT OF CALTRANS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

UNEMPLOYMENT INSURANCE APPEALS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

VETERANS AFFAIRS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

VETERINARY MEDICINE BOARD OF EXAMINERS IN,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF EXAMINERS IN VETERINARY MEDICINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WATER QUALITY CONTROL BOARD-LOS ANGELES REGION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WATER QUALITY CONTROL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WORKERS COMPENSATION APPEALS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

YOUTH AUTHORITY DEPARTMENT,A BUSINESS ENTITY,ETAL;
State of California
Welfare, a business entity, etal;

JOHN DOES 1-1000, JOHN DOES COMPANYS 1-1000,
JANE DOES 1-1000, JANE DOES COMPANYS 1-1000,
JOHN DOES CORPORATIONS 1-1000,
JANE DOES CORPORATIONS 1-1000, INCLUSIVE

# COUNT ONE (1)   BREACH OF CONTRACT

Plaintiff JoAnna McCormick alleges that on or about (date)

MAY 01, 2004  and at various times thereafter  written and oral

agreements was made between the PLAINTIFF AND DEFENDANTS

A copy of the agreement  will be provided when requested or

suproed

The essential terms of the  ORAL AND WRITEN AGREEMENTS are

stated on or about May 01, 2004 9CM July 01, 2009

On or about (dates)  May 01, 2004 and at various times

Thereafter the Defendants and each one of them breached the ORAL

AND WRITTEN AGREEMENTS,   Plaintiff  has performed all obligations

to defendants except those obligations plaintiff was prevented or

excused from performing.

Plaintiff suffered damages legally (proximately) caused by

defendant's BREACH OF THE ORAL AND WRITTEN AGREEMENTS

Plaintiff is entitled to attorney fees by an agreement or a

STATE STATUTE, STATUTE OR STATUE OF FRAUD  of  $ UNKNOWN AT THIS

TIME AND ACCORDING TO PROOF (See attached Exhibit attached hereto and made apart hereof)

# COUNT TWO (2) GENERAL NEGLIGENCE

Plaintiff  Alleges that defendantS and each one of them

was the legal (proximate) cause of damages to plaintiff.  By the

following acts or omissions to act, defendants ar  each one of them

negligently caused the damage to plaintiff

On or ABOUT May 01, 2004 July 01 2009 9cm and : various times thereafter

(See attached Exhibit attached hereto and made apart hereof)

# COUNT THREE (3) INTENTIONAL TORT

Plaintiff JoAnna McCormick _____ Alleges that defendants

and each one of them was the legal (proximate) cause of damages to

plaintiff.  By the following acts or omissions to act, defendant

intentionally caused the damage to plaintiff

On (date): ON OR ABOUT MAY 01, 2004 and at various times

thereafter (see attached Exhibit attached hereto and made a part hereof)

## COUNT FOUR (4) FRAUD

Plaintiff JoAnna McCormick _____ Alleges that defendants

and each one of them

On or about July 01, 2009 ~~MAY 01, 2004~~ 9cm and at various timers thereafter

defrauded plaintiff as follows:

The Defendants and each one of them  Intentional or Negligent

Misrepresentation of the material fact.  These representations

were in fact false and not the  truth

When defendants and each one of them  made the representations

them knew they were false

Defendants and each one of them made the representations with

the intent to defraud and induce plaintiff to act  at the time

plaintiff acted, plaintiff did not know the representations were

false and believed they were true.  Plaintiff acted in justifiable

reliance upon the truth of the representations.

The  Defendants and each one of them  concealed or suppressed

material facts

Continue Count Four (4) FRAUD

The Defendants and each one of them concealed or suppressed

material facts when in fact the

Defendants and each one of them was bound to disclose. By

telling plaintiff other facts to mislead plaintiff and prevent

plaintiff from discovering the concealed or suppressed facts

Defendants and each one of them concealed or suppressed these

facts with the intent to defraud and induce plaintiff to act

At the time plaintiff acted, plaintiff was unaware of the

concealed or suppressed facts and would not have taken the action

if plaintiff had known the facts.

A PROMISE WITHOUT INTENT TO PERFORM the Defendants and each

one of them

Defendants made a promise about a material matter without any

intention of performing it

Defendants and each one of them promise without any intention of

performance was made with the intent to defraud and induce

Plaintiff to rely upon it and to

At the time plaintiff acted, plaintiff was unaware of

Defendants and each one of them intention not to perform the

promise. Plaintiff acted in justificable reliance upon the promise.

In justifiable reliance upon defendants and each one of them defendants

conduct, plaintiff was induced to act. Because of plaintiff's reliance

upon defendants and each one of them conduct, plaintiff has been

damaged

(See attached Exhibit attached hereto and made
apart hereof)

## SET OF FACTS

I PERSONALLY WISH TO FILE A LAWSUIT FOR CIVIL RIGHTS,

DISCRIMINATION , **UNITED STATES CONSTITUTIONAL RIGHTS,**

**CONFIDENTAIL AGREEMENTS, PRODUCT DESCRIPTION, BILL OF SALE,**

**UNDOCUMENTED COPYRIGHTS, PATENTS AND TRADEMARKS**

**I PERSONALLY AM AN AMERICAN WHO HAS THE RIGHTS TO**

**RECEIVE A PAY CHECK, CHECK AND OR ROYALITITES**

**ALSO I PERSONALLY WAS DEIED THE RIGHTS TO FILE A LAWSUIT**

I PERSONALLY APPROACHED COMPANIES WHO HAD A BUSINESS LICENSE

WEITHER IT WAS A BUSINESS LICENSE IN ONE STATE OR SEVERAL STATES

ALL ACROSS THE UNITED STATES OF AMERICA AND OR OTHER COUNTRIES

THESE COMPANIES EMPLOYED PEOPLE AND PAID EMPLOYEE SALARIES TO THERE

EMPLOYEES THESE COMPANIES MAY HAVE SOLD STOCK, STOCK CERTIFICATES AND

OR SHARES IN THE COMPANY

THESE COMPANIES PERSONALLY DID BUSINESS CONTRACTS WITH THERE CLIENTS

AND OR CUSTOMERS

THIS COMPANY PERSONALLY DID NOT HAVE THIS PRODUCT, PRODUCE THIS

PRODUCT, SELL THIS PRODUCT, MANUFACTURE THIS PRODUCT DISTRITUTE THIS

PRODUCT PRIOR TO ME INTRODUCTING THIS PRODUCT TO THE COMPANY

I PERSONALLY SENT A LETTER , CONFIDENTIAL AGREEMENT (A WRITTEN AND

BINDING AGREEMENT CONTRACT) AND PRODUCT DESCRIPTION TO SELL (BILL OF

SALE) MY PRODUCT AFTER THE COMPANY RECEIVED THE INTRODUCTION OF MY

PRODUCT THE COMPANY THEN REVIEWED MY PRODUCT BY REVIEWING , ANAYSIZING

AND RESEARCHING MY PRODUCT AFTER THE REVIEW, ANAYSIZED AND *

REVIEW OF THE PRODUCT WHAT WAS NEEDED TO PRODUCE MY PRODUCT .

PRODUCT MAKING AND MIXING THE INGREDIENTS BUYING OR CONTRACTING *CUT TO*

OTHER COMPANIES ON MISSING INGREDIENTS FOR MY PRODUCT MIXING ALL THE

INGREDIENTS WH ETHER IT WAS INGREDIENTS, PURCHASING OF INGREDIENTS BY

CONTRACTS OR MIXING THE PRODUCT WITH INGREDENTS THE COMPANY HAVING TO

CONTRACT OUT TO OTHER COMPANIES TO PURCHASE ITEMS FOR MY PRODUCT AND

OR INGREDIENTS TO PRODUCE MY PRODUCT THEN BOTTLING MY PRODUCT THEN THE

COMPANY LOOKED OVER THE BOTTLING, CONTAINERS, CANNING AND OR BOXING OF

MY PRODUCT MANUFACTURING A MASK QUALITY OF THE PRODUCT TO SELL

SELLING AND CONTRACTING MY PRODUCT TO OTHER COMPANIES THE COMPANY

LOOKED AT ADVERTIZING OF THE PRODUCT, DESIGNS, SIGNS AND OR TV

COMMERCIALS FOR MY PRODUCT THEN THE COMPANY LOOKED OVER

THE DISTRIUTION OF MY PRODUCT THE COMPANY REVIEWED AS TO WHO WOULD BE

INTERESTED IN PURCHASING MY PRODUCT THE COMPANY PERSONALLY EITHER

TAPED, RECORDED, DOWNLOADED, SCREAMING FROM ONE COMPANY TO ANOTHER

COMPANY THE COMPANY THEN REVIEWED THE MARKET AS TO CONTRACTING OUT

TO VARIOUS COMPANIES SUCH AS LIQUIOR STORES, DELI'S, MARKETS, GROCERY

STORES DINNERS OR RESTUARANTS THEN THE COMPANY TOOK A LOOK

AND REVIEW OF MY PRODUCT BY ESTABLISHING THE MARKETABILIABTY OF MY

PRODUCT SELLING THE PRODUCT ON A OPEN MARKET (STORES) THEN THE

COMPANY TOOK FURTHER LOOK OVER MY PRODUCT FOR THE MARKETABILITY AS

TO WHO CAN THEY SELL MY PRODUCT TOO AFTER THE COMPANY REVIEWED,

ANAYSIZED,RESEARCHED AND MARKETABILITY MY PRODUCT THE

COMPANY TOOK ALL THERE RESEARCH AS TO THE PRODUCTION OF MY PRODUCT

HOW MUCH THE PRODUCT WOULD COST TO MAKE HOW MUCH THE PRODUCT WOULD

COST TO MAKE IN PRODUCTING IN QUALITY, HOW MUCH THE COMPANY

AS TO THE OTHER STATE NAME

PLEASE SEE THE FOLLOWING INFORMATION OF THIS WEBSITE FOR ELEMENTARY

SCHOOLS , FOR JUNIOR HIGH SCHOOLS, FOR HIGH SCHOOLS, FOR CITY COLLEGES

AND FOR UNIVERSITIES AS FOLLOWERS:

A WEBSITE ON THE INTERNET

FIRST PAGE IS THE ELEMENTARY SCHOOL   ALSO THE FIRST PAGE CHANGES

FROM ONE ELEMENTARY SHOOL TO ANOTHER ELEMENTARY SCHOOL

MAKING THE WEBSITE UNIFORM AS TO UNIFORM EDUCATION

SECOND PAGE IS THE GRADES LIKE FIRST GRADE SECOND GRADE THIRD GRAD

THE CHILD GOES INTO THE GRADE LIKE THIRD GRADE

THE THIRD GRADE WEBSITE WOULD BE THE CLASSES THAT THE THIRD GRADERS

IS TAKING AT SCHOOL SUCH AS

ENGLISH ( THE ENGLISH BOOK ALL 20 CHAPTERS ARE COPIED SCANNED OR
             DOWNLOADED)

ENGLISH CHAPTER ONE

ENGLISH CHAPTER TWO  AND SO ON

THEN AFTER THE CHILD READS THE ENGLISH BOOK  CHAPTER  ONE THE CHILD CAN DO THE HOMEWORK ASSIGNMENT AND PRE-TEST FOR THE
CHAPTER AND THEN EMAIL THE HOMEWORK ASSIGNMENT TO THE TEACHER

**MATH**

**SCIENCE**

**ART**

**HISTORY**

**THE CHILD**

**SEE ATTACHED COPYRIGHTS PATENT (DESIGN) AND TRADEMARK**

**THIS UNIFORM EDUCATION PERSONALLY SAVES MILLIONS OF DOLLARS**

**TO EACH STATE ON THE BOOKS FOR THE STUDENTS IN THE CLASSES**

**ONE COSTS FOR ONE SET OF BOOKS FOR EACH GRADE**

PLUS GIVES THE CHILDREN AND ADULTS WHO CNACER OR DISABLITIES AND WOULD

LIKE TO HAVE AN EDUCATION ON THE WEBSITE COMPUTER

THIS ALSO INCULDES ALL LIBRARY BOOKS THAT ARE DOWNLOADED TO

ONE LIBRARY THAT SAVES THE COSTS OF THE SAME BOOK PURCHASED

FOR EACH LIBRARY ONE BOOK DOWNLOADED ON ONE WEBSITE TO ALL LIBRARIES

THE GOVERNORS AND STATES PERSONALLY DID NOT PAY ME

I PERSONALLY FEEL THAT I HAD A RIGHT TO FILE MY STATE AND FEDERAL TAXES

I PERSONALLY AM CLAIMING THEFT (ROBBERY)

I PERSONALLY DID UNDOCUMENTED COPYRIGHTS PATENT (DESIGN THE WEBSITE)

AND TRADEMARK (SEE ATTACHED ENVELOPE AND COPYRIGHTS PATENT AND

TRADEMARK



USA 44

SEABISCUIT

U.S. POSTAGE
SANTA
PASADENA CA
91101 09
JUL 20
AMOUNT
$5.54
00066800-37

7008 1830 0000 4815 3578

7/21

JoAnne Caramel
McCormick

P O Box 684 (684)

Pasadena CA 91102

Uniform Education

Certified
mail
to me

on
Copyrights
Patent
and
Tradmark
for
Uniform
Education



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

PO Box 689
Pasadena CA 9114

USPS 2009

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX _____ TXU _____

**Effective Date of Registration**

**Application Received**

**Deposit Received**
One | Two

**Examined By**

**Correspondence** ☐

**Fee Received**

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:**<br><br>Alternative title or title of larger work in which this work was published: | **1** | Uniform Education |
| **Name and Address of Author and Owner of the Copyright:**<br><br>Nationality or domicile: Phone, fax, and email: | **2** | JoAnna Canzoneri McCormick<br><br>Phone (626) 289-3385  Fax ( )<br>Email ABCCUBS@Hotmail.com |
| **Year of Creation:** | **3** | 2009 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date _____ Month _____ Day _____ Year _____ *(Month, day, and year all required)*<br>b. Nation |
| **Type of Authorship in This Work:**<br><br>Check all that this author created. | **5** | ☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)<br>☐ Illustrations<br>☒ Photographs<br>☒ Compilation of terms or data |
| **Signature:**<br><br>Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☐ Author  ☐ Authorized agent<br>X |
| **Name and Address of Person to Contact for Rights and Permissions:**<br>Phone, fax, and email: | **7** | ☐ Check here if same as #2 above.<br>JoAnna Canzoneri McCormick<br>342 North Atlantic Blvd Alhambra CA 91803<br>Phone (626) 289-3385  Fax ( )<br>Email ABCCUBS@Hotmail.com |

**OPTIONAL**

| | | | |
|---|---|---|---|
| **8**<br>Certificate will be mailed in window envelope to this address: | Name ▼ JoAnna Canzoneri McCormick<br>Number/Street/Apt ▼ 342 North Atlantic Boulevard<br>City/State/Zip ▼ Alhambra California 91803 | **9** | Deposit account # _____<br>Name _____ |

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE  Page 1 of ___ pages

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Short  Rev: 11/2005  Print: 11/2005— xx,000  Printed on recycled paper

U.S. Government Printing Office: 2005-xxx-xxx/60,x

PTO/SB/05 (02-07)
Approved for use through 02/28/2007. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | |
| First Inventor | |
| Title | |
| Express Mail Label No. | |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**  Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

1. ☐ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☐ Specification    [Total Pages_____]
   *Both the claims and abstract must start on a new page*
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
   ☒ Drawing(s) (35 U.S.C. 113)  [Total Sheets _____]
4/5. ☐ Oath or Declaration    [Total Sheets_____]
   a. ☐ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
      Signed statement attached deleting inventor(s)
      name in the prior application, see 37 CFR.
      1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76
7. ☒ CD-ROM or CD-R in duplicate, large table or
      Computer Program *(Appendix)*
      ☐ Landscape Table on CD
8. ☐ Nucleotide and/or Amino Acid Sequence Submission
   *(if applicable, items a. – c. are required)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
   Name of Assignee_____
10. ☐ 37 CFR 3.73(b) Statement  ☐ Power of Attorney
    *(when there is an assignee)*
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (PTO/SB/08 or PTO-1449)
    ☐ Copies of foreign patent documents,
    publications, & other information
13. ☐ Preliminary Amendment
14. ☐ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. ☐ Other:_____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No.: ...........................

*Prior application information:*    Examiner _____    Art Unit: _____

## 19. CORRESPONDENCE ADDRESS

☐ The address associated with Customer Number: _____    OR    ☐ Correspondence address below

| Name | Jo Anna Canzoneri McCormick |
| Address | 342 North Atlantic Boulevard |
| City | Alhambra | State | CA | Zip Code | |
| Country | USA | Telephone | 626 289-3385 | Email | |
| Signature | Jo Anna Canzoneri McCormick | Date | June 06, 2009 |
| Name (Print/Type) | Jo Anna Canzoneri McCormick | Registration No. (Attorney/Agent) | |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
Country of foreign filing: _____ Date of foreign filing:_____

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/
services and, accompanying this application, submits a certification or certified copy of a foreign registration in accor-
dance with 15 U.S.C. 1126(e), as amended.
Country of registration:_____ Registration number: _____

SEE EXHIBIT "1"
SEE EXHIBIT "A"
Attached hereto and made a
part Hereof

## Declaration

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment,
or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any result-
ing registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she be-
lieves the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed
under 15 U.S.C. 105(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowl-
edge and belief no other person, firm, corporation, or association has the right to use the above

_JoAnna Canzoneri McCormk_          _June 06, 2009_
Signature                                                  Date

_JoAnna Canzoneri McCormick_          _____
Print or Type Name and Position                    Telephone

# EXHIBIT "1"

Website

[box]

Elementary
School

Website

Garfield
Elementary
School
Picture and
Location of School

Third Grade
English
Math
History
Art

Third Grade
English
Chapter 1
Chapter 2
Chapter 3
Chapter 4

Third Grade
English
Chapter 1
Assignments
Pre Tests
Tests

Third Grade
English
Chapter 2
Assignments
Pre tests
Tests

Third Grade
English
Chapter 2
Assignments
Pre Tests
Tests

Third Grade
English
Chapter 3
Assignments
Pre Tests
Tests

Each school with Website.
One book for each grade. scanned or download
Example      Math
             English
             Science
             History
             Art
Grade, subject English, chapter, assignment
Pre tests and Tests
Website universal and a Uniform Education

**Trademark/Sevice Mark Application, Principal Register, with Declaration**

Mark (Identify the mark) **Uniform Education**          Class No. (If known) _____

To the Assistant Secretary and Commissioner of Patents and Trademarks:

Applicant Name: **Jo Anna Canzoneri McCormick**

Applicant Address: **342 North Atlantic Boulevard Alhambra CA 91803**

Applicant Entity: (Check one and supply requested information)

☒ Individual — Citizenship (Country): _____

☐ Partnership — Partnership Domicile (State and Country): _____

 Names and Citizenship (Country) of General Partners: _____

 _____

☐ Corporation — State (Country, if appropriate) of Incorporation: _____

☐ Other (Specify Nature of Entity and Domicile): _____

Goods and/or Services:

 Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the
 United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051
 et. seq., as amended.) for the following goods/services: _____

 _____

Basis for Application: (Check one or more, but not both the first and second boxes, and supply requested information)

☐ Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 105(a),
 as amended.) Three specimens showing the mark as used in commerce are submitted with this application.

• Date of first use of the mark anywhere _____

• Date of first use of the mark in commerce which the U.S. Congress may regulate:_____

• Specify the type of commerce _____

 (e.g., interstate, between the U.S. and a specified foreign country)

• Specify manner or mode of use of mark on or in connection with the goods/services _____

 _____

 (e.g., trademark is applied to labels, service mark is used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/
 services. (15 U.S.C. 1051(b), as amended.)

• Specify intended manner or mode of use of mark on or in connection with the goods or services

 _____

 (e.g., trademark will be applied to labels, service mark will be used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/

Sort by ▾

| Sort by |
| --- |
| Date |
| To |
| Subject |
| Size |
| Show only messages |
| With attachments |

Search your e 

| | | | |
| --- | --- | --- | --- |
| ☐ | (Unknown) | BILL OF SALE COPYRIGHT AND PATENT | 7/18/09 |
| ☐ | (Unknown) | SENT LT TO SCOTLAND YARD POLICE | 7/16/09 |
| ☐ | (Unknown) | letter | 7/16/09 |
| ☐ | (Unknown) | LETTER WITH BANK INFORMATION | 7/14/09 |
| ☐ | (Unknown) | BARCLAYS BANK 6.8, 21.27 AND 50 | 7/13/09 |
| ☐ | (Unknown) | COOK COUNTY ILLINOIS PETITION TO REOPEN WILL | 7/13/09 |
| ☐ | (Unknown) | sent lt to the president | 7/13/09 |
| ☐ | (Unknown) | LETTER OF COMPLAINT | 7/13/09 |
| ☐ | (Unknown) | COMPLAINT AND DEMAND FOR PAYMENT FOR THE REAL ESTATE PROPERTY | 7/13/09 |
| ☐ | (Unknown) | FW: EVIDENCE , FEDERAL GRANTS AND REAL ESTATE PROPERTY | 7/13/09 |
| ☐ | (Unknown) | PRIVATE AUTOPSY | 7/11/09 |
| ☐ | (Unknown) | FW: BURIAL OF ROBERT RUTHERFORD MCCORMICK | 7/11/09 |
| ☐ | (Unknown) | FW: a copy of the death certificate of robert r mccormick | 7/11/09 |
| ☐ | (Unknown) | a copy of the death certificate of robert r mccormick | 7/11/09 |
| ☐ | (Unknown) | BURIAL OF ROBERT RUTHERFORD MCCORMICK | 7/11/09 |
| ☐ | (Unknown) | FW: STATE OF CALIFORNIA | 7/11/09 |
| ☐ | (Unknown) | CORRECTERD LOS ANGELES LAWSUIT | 7/11/09 |
| ☐ | (Unknown) | CORRECTED CITY OF ALHAMBRA LAWSUIT | 7/11/09 |
| ☐ | (Unknown) | FW: RECD LT FROM JULIAN WATSON | 7/11/09 |
| ☐ | (Unknown) | RECD LT FROM JULIAN WATSON | 7/11/09 |
| ☐ | (Unknown) | CORRECTED SUMMONS ON MCCORMICK ESTATE | 7/11/09 |
| ☐ | (Unknown) | CITY OF DETROIT CHURCH FOR SALE | 7/10/09 |
| ☐ | (Unknown) | STATE OF CALIFORNIA | 7/09/09 |
| ☐ | (Unknown) | COUNTY OF LOS ANGELES | 7/09/09 |

| | | | |
|---|---|---|---|
| ☐ | (Unknown) | CITY OF ALHAMBRA | 7/09/09 |
| ☐ | (Unknown) | FW: RECD LT FROM MARK MILTON | 7/09/09 |
| ☐ | (Unknown) | RECD LT FROM MARK MILTON | 7/09/09 |
| ☐ | (Unknown) | SENT LT TO FBI ON INTERNATIONAL COMMERCIAL BANK AND WIRE TRANSFER | 7/09/09 |
| ☐ | (Unknown) | MURDER AND FRAUD | 7/09/09 |
| ☐ | (Unknown) | SENT LT TO THE FBI | 7/07/09 |
| ☐ | (Unknown) | SENT LT TO FBI AND US HOME LAND SECURITY | 7/06/09 |
| ☐ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☐ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☑ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☐ | (Unknown) | FW: 66666 new summons on lawsuit on mccormick | 7/06/09 |

2168 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 62
- ◀
- ▶

Full view

Sort by ▾

| Sort by |
|---|
| Date |
| To |
| Subject |
| Size |
| Show only messages |
| With attachments |

Search your e 📇

| | (Unknown) | QUEEN OF CANADA | 1:08 PM |
|---|---|---|---|
| | (Unknown) | SENT LT TO QUEEN ELIZABETH WINDSOR | 12:55 PM |
| | (Unknown) | STATE OF GOVERNOR | 7/19/09 |
| | (Unknown) | STATE LETTERS | 7/19/09 |
| | (Unknown) | FW: STATE OF WISCONSIN EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF VIRGINIA EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF TEXAS EDUCATION | 7/19/09 |
| | (Unknown) | @@@STATES | 7/19/09 |
| | (Unknown) | FW: STATE OF OKLAHOME EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF MISSOURI EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF OHIO EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF MISSOURI EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF NEW YORK EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF MISSOURI EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF LOUISANA EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF HAWAII EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF FLORIDA | 7/19/09 |
| | (Unknown) | LETTER TO THE GOVERNOR | 7/19/09 |
| | (Unknown) | STATE OF CONNECTICUT GOVERNOR | 7/19/09 |

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | | |
|---|---|---|
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | (No Sub |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: BII |
| ☐ | info@rockgrp.com | FW: uni |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: unl |
| ☐ | fbi_claimsdepartment2009@hotmail.com.com; info@rockgrp.com | COPYRI |
| ☐ | ebc@uspto.gov | FW: CO |
| ☐ | efs@uspto.gov | FW: CO |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | CORREC |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | UNIFOR |
| ☐ | efs@uspto.gov; ebc@uspto.gov; vicki.newman@uspto.gov | FW: UN |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | marriag |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | Sub unified ( |
| ☐ | ebanking@imperialcapitalbank.com | RESUME |
| ☐ | pasadena-ca@appleone.com | uni FW: SH |
| ☐ | corporatecareers@forever21.com; info@greendotcorp.com | (No Sub |
| ☐ | readers.repo@latimes.com; feedback@latimes.com | sent to ; |
| ☐ | info@emn-nationalnewsopinion.com | FW: Sa |
| ☐ | phil.bredesen@tn.gov | (No Sub |
| ☐ | governor@nd.gov; aralphmollis@sec.state.ri.us | (No Sub |
| ☐ | amanda.wurst@governor.ohio.gov | (No Sub |
| ☐ | governor@nd.gov | TO THE |
| ☐ | governor.rell@ct.gov; secretaryofstate@dos.state.fl.us; governor.lingle@hawaii.gov; webmaster@doe.in.gov | TO THE |
| ☐ | onepagelove@gmail.com | FW: TH |
| ☐ | onepagelove@gmail.com | FW: ser |
| ☐ | actso@naacpnet.org | FW: TH |

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | | |
|---|---|---|
| ☐ | sitecanadasite@canada.gc.ca | UNIVERSAL EDUCATION ON A UNIFORM EDUCATION WEBSIT |
| ☐ | sitecanadasite@canada.gc.ca | UNIFIED EDUCATION WITH UNIFORM EDUCATION ON THE W |
| ☐ | webeditor@royal.gsx.gov.uk | FW: unified education |
| ☐ | webeditor@royal.gsx.gov.uk | HER MAJESTY QUEEN ELIZABETH WINDSOR LETTER AND DES |
| ☐ | usptoinfo@uspto.gov | UNIFORM EDUCATION I PERSONALLY DID CERTIFIED MAIL TO |
| ☐ | usptoinfo@uspto.gov | FW: CORRECTED LETTER UNITED STATES PATENT AND TRAD |
| ☐ | barr.stevenwalkerchambers@live.com | SEE WHAT I DO FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | ben@thesixfigureprogram.com | see attached FW: STATE OF WISCONSIN EDUCATION |
| ☐ | krystalruben@yahoo.com | FW: marriage documents |
| ☐ | krystalruben@yahoo.com | FW: unified education |
| ☐ | krystalruben@yahoo.com | FW: STATE OF WISCONSIN EDUCATION |
| ☐ | phil.bredesen@tn.gov | STATE OF TENNESSEE |
| ☐ | aralphmollis@sec.state.re.us | STATE OF RHODE ISLAND |
| ☐ | governor@nd.gov | STATE OF NORTH DAKOTA |
| ☐ | tim.pawlenty@state.mn.uas | STATE OF MINNESOTA EDUCATION |
| ☐ | webmaster@doe.ion.gov | STATE OF INDIANA EDUCATION |
| ☐ | amanda.wurst@governor.ohio.gov | FW: STATE OF OHIO EDUCATION |
| ☐ | gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.statefl.us | STATE OF FORIDA EDUCATION |
| ☐ | governor.rell@ct.gov | STATE OF CONNECTICUT EDUCATIOMN |
| ☐ | webmaster@sos.state.tx.us; corpinfo@sos.state.tx.us | FW: STATE OF TEXAS EDUCATION |
| ☐ | sosmain@sos.mo.gov | FW: STATE OF MISSOURI EDUCATION |
| ☐ | commercial@sos.louisiana.gov | FW: STATE OF LOUISIANA EDUCATION |
| ☐ | governor.lingle@hawaii.gov; gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.state.fl.us | FW: STATE OF FLORIDA |

| | | |
|---|---|---|
| | webmaster@po.state.ct.us | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDU |
| | info@servealabama.com | STATE OF ALABAMA EDUCATIONB |
| ☐ | fbi_claimsdepartment2009@hotmail.com | FW: Delivery Status Notification (Failure) |
| ☐ | olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: uniform education to attorneys |
| ☐ | info@kirkland.com | BILL OF SALE UNIFORM EDUCATION |
| ☐ | info@kirkland.com | FW: unified education |
| ☐ | info@kirkland.com | FW: CORRECTED LETTER UNITED STATES PATENT AND TRAD |

1592 messages
- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◀
- ▶

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

𝓯ɔ ρ

Search your e 📧

| | | |
|---|---|---|
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | (No S |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: E |
| ☐ | info@rockgrp.com | FW: ι |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: ι |
| ☐ | fbi_claimsdepartment2009@hotmail.com.com; info@rockgrp.com | COPY |
| ☐ | ebc@uspto.gov | FW: ( |
| ☐ | efs@uspto.gov | FW: ( |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | CORF |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | UNIF( |
| ☐ | efs@uspto.gov; ebc@uspto.gov; vicki.newman@uspto.gov | FW: ι |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | marri |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | unifie |
| ☐ | ebanking@imperialcapitalbank.com | RESÚ |
| ☐ | pasadena-ca@appleone.com | FW: ! |
| ☐ | corporatecareers@forever21.com; info@greendotcorp.com | (No S |
| ☐ | readers.repo@latimes.com; feedback@latimes.com | sent ᵗ |
| ☐ | info@emn-nationalnewsopinion.com | FW: ! |
| ☐ | phil.bredesen@tn.gov | (No S |
| ☐ | governor@nd.gov; aralphmollis@sec.state.ri.us | (No S |
| ☐ | amanda.wurst@governor.ohio.gov | (No S |
| ☐ | governor@nd.gov | TO T |
| ☐ | governor.rell@ct.gov; secretaryofstate@dos.state.fl.us; governor.lingle@hawaii.gov; webmaster@doe.in.gov | TO T |
| ☐ | onepagelove@gmail.com | FW: ᵀ |
| ☐ | onepagelove@gmail.com | FW: ! |
| ☐ | actso@naacpnet.org | FW: ᵀ |

| ☐ | actso@naacpnet.org | FW: s |
| ☐ | mrpicwilliam@yahoo.com | i pers |
| ☐ | abccubs@hotmail.com | FW: F |
| ☐ | abccubs@hotmail.com | FW: L |
| ☐ | jthomas@vaco.com | (No S |
| ☐ | christophertegner@spherion.com | (No S |
| ☐ | info@cybercoders.com | FW: S |
| ☐ | smithrobertfattorney@yahoo.com | (No S |
| ☐ | pm@pm.gc.ca | FW: e |
| ☐ | pm@pm.gc.ca | FW: s |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◀
- ▶

Full view

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | | |
|---|---|---|
| ☐ | sitecanadasite@canada.gc.ca | UNIVERSAL EDUCATION ON A UNIFORM EDUCATION WEBS |
| ☐ | sitecanadasite@canada.gc.ca | UNIFIED EDUCATION WITH UNIFORM EDUCATION ON THE |
| ☐ | webeditor@royal.gsx.gov.uk | FW: unified education |
| ☐ | webeditor@royal.gsx.gov.uk | HER MAJESTY QUEEN ELIZABETH WINDSOR LETTER AND D |
| ☐ | usptoinfo@uspto.gov | UNIFORM EDUCATION I PERSONALLY DID CERTIFIED MAIL |
| ☐ | usptoinfo@uspto.gov | FW: CORRECTED LETTER UNITED STATES PATENT AND TR |
| ☐ | barr.stevenwalkerchambers@live.com | SEE WHAT I DO FW: BILL OF SALE COPYRIGHT AND PATEN |
| ☐ | ben@thesixfigureprogram.com | see attached FW: STATE OF WISCONSIN EDUCATION |
| ☐ | krystalruben@yahoo.com | FW: marriage documents |
| ☐ | krystalruben@yahoo.com | FW: unified education |
| ☐ | krystalruben@yahoo.com | FW: STATE OF WISCONSIN EDUCATION |
| ☐ | phil.bredesen@tn.gov | STATE OF TENNESSEE |
| ☐ | aralphmollis@sec.state.re.us | STATE OF RHODE ISLAND |
| ☐ | governor@nd.gov | STATE OF NORTH DAKOTA |
| ☐ | tim.pawlenty@state.mn.uas | STATE OF MINNESOTA EDUCATION |
| ☐ | webmaster@doe.ion.gov | STATE OF INDIANA EDUCATION |
| ☐ | amanda.wurst@governor.ohio.gov | FW: STATE OF OHIO EDUCATION |
| ☐ | gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.statefl.us | STATE OF FORIDA EDUCATION |
| ☐ | governor.rell@ct.gov | STATE OF CONNECTICUT EDUCATIOMN |
| ☐ | webmaster@sos.state.tx.us; corpinfo@sos.state.tx.us | FW: STATE OF TEXAS EDUCATION |
| ☐ | sosmain@sos.mo.gov | FW: STATE OF MISSOURI EDUCATION |
| ☐ | commercial@sos.louisiana.gov | FW: STATE OF LOUISIANA EDUCATION |
| ☐ | governor.lingle@hawaii.gov; gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.state.fl.us | FW: STATE OF FLORIDA |

| | | |
|---|---|---|
| ☐ | webmaster@po.state.ct.us | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDU |
| ☐ | info@servealabama.com | STATE OF ALABAMA EDUCATIONB |
| ☐ | fbi_claimsdepartment2009@hotmail.com | FW: Delivery Status Notification (Failure) |
| ☐ | olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: uniform education to attorneys |
| ☐ | info@kirkland.com | BILL OF SALE UNIFORM EDUCATION |
| ☐ | info@kirkland.com | FW: unified education |
| ☐ | info@kirkland.com | FW: CORRECTED LETTER UNITED STATES PATENT AND TR/ |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◄
- ►

Jo Anna Canzoneri McCormick

PLAINTIFF IN PRO PER

PLAINTIFFS: Jo Anna Canzoneri McCormick

VS

DEFENDANTS:

REQUEST FOR PRODUCTION OF
DOCUMENTS AND OTHER ITEMS

Pursuant to Code of Civil Procedure          plaintiffs

hereby requests that defendants produce for inspection and copying as follows:

Time: (UNKNOWN THEE)

Dates:

Place:

Documents: ALL DEFENDANTS COPIES OF THE ORGINIAL DOCUMENTS AS
FOLLOWERS:

a. a copy of Accounting Records
b. a copy of checks,
c. a copy of contracts
d. a copy of Bill of Sale to each State
e. a copy of
f. a copy of Confidential Agreement to
g. a copy of each State
h. a copy of
i. a copy of Copyrights Patent and Trademark
j. a copy of
k. a copy of Copies of State Bar Association
l. a copy of records on Uniform Education
m. a copy of
n. a copy of
and other con...ts
o. a copy of any other documents that they may have in this case,
NBC/ABC/CBS News television show
on 9/5/2009 with the President

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

JoAnna Canzoneri McCormick
PO Box 684 Pasadena CA 91102

JoAnna Canzoneri McCormick
_____
, **Plaintiff**
(Petitioner)

United States
Federal Court

_____
Defendant
(Respondent)

**AFFIDAVIT IN SUPPORT OF
APPLICATION FOR WAIVER
OF FILING AND SERVICE
FEES AND COSTS AND
TO PROCEED AS A POOR
PERSON**

The undersigned, being duly sworn, says:

1. I am the plaintiff or petitioner in this case. This statement is made in support of my request (a) for waiver of the index number fee and/or any other filing and service fees and costs, and (b) to proceed in this case as a poor person.

2. I support myself and ___NO___ others in my household.

3. My only source of income is (check one):

   [ ] Public assistance

   [ ] Social security/SSI

   [X] Other ___General Relief___

The amount of income I receive each month is $175.00.

Check one of the items below:

[ ] I do not have a bank account.

[X] I have a bank account with approximately $___0___ in the account.

I own the following property which has an estimated value as indicated: (IF NONE, WRITE "NONE") Unknown

| LIST PROPERTY | VALUE |
|---|---|
| _____ | _____ |
| _____ | _____ |

I have no other savings, property or assets. Unknown

I am unable to pay the costs, fees and expenses necessary to assert my rights in this case. Yes

No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case. None

The facts of my case are described in my court papers, which are attached. Yes

I have made no prior request for this relief in this case.

WHEREFORE, I request (a) that all fees relating to the filing and service of this action or proceeding be waived, and that I be permitted to proceed in this case in all respects a poor person.

Dated: 01/03/2012

01/05/2012

AT-105

JoAnna Canzoneria McCormick

Phone: 719-961-5966   Fax:   Email: ABCCUBS@hotmail.com

In Pro Per

United States Federal Court

JoAnna Canonen McCormick

DEFENDANT

**APPLICATION FOR**
☒ RIGHT TO ATTACH ORDER   ☒ TEMPORARY PROTECTIVE ORDER
☐ ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT

☐ After Hearing   ☒ Ex Parte
☐ Against Property of Nonresident

Plaintiff (name): JoAnna Canonen McCormick

APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY
PROTECTIVE ORDER, ETC. (Attachment)

APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY

01/05/2012

01/03/2012

JCM

PLD-C-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):   , TELEPHONE: | FOR COURT USE ONLY: |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):   , TELEPHONE:
JoAnna Canzoneri McCormick
P O Box 684
Pasadena California

ATTORNEY FOR (NAME): PRO SE

Insert name of court, judicial district or branch court, if any, and post office and street address:
United States Federal Court
500 Pearl Street
New York  New York 10038

PLAINTIFF: JoAnna Canzoneri McCormick

DEFENDANT: USA of Athambra
City of Athambra
County of Los Angeles  State (States) of California

ANSWER—Contract

CASE NUMBER:

☒ TO COMPLAINT OF (name):
☐ TO CROSS-COMPLAINT (name):

1. This pleading, including attachments and exhibits, consists of the following number of pages: _____

2. DEFENDANT (name):
   answers the complaint or cross-complaint as follows:

3. Check ONLY ONE of the next two boxes:
   a. ☐ Defendant generally denies each statement of the complaint or cross-complaint. (Do not check this box if the verified complaint or cross-complaint demands more than $1,000.)
   b. ☐ Defendant admits that all of the statements of the complaint or cross-complaint are true EXCEPT:
      (1) Defendant claims the following statements are false (use paragraph numbers or explain):

      ☐ Continued on Attachment 3.b.(1).
      (2) Defendant has no information or belief that the following statements are true, so defendant denies them (use paragraph numbers or explain):

      ☐ Continued on Attachment 3.b.(2).

If this form is used to answer a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-010 [Rev. January 1, 2007]

ANSWER—Contract

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-010

| SHORT TITLE: JoAnna Canzoneri McCormick | CASE NUMBER: |
|---|---|

## ANSWER—Contract

4. ☐ AFFIRMATIVE DEFENSES Defendant alleges the following additional reasons that plaintiff is not entitled to recover anything:

☐ Continued on Attachment 4.

5. ☐ Other

6. DEFENDANT PRAYS
   a. that plaintiff take nothing.
   b. ☐ for costs of suit.
   c. ☐ other (specify):

.................................................
(Type or print name)

_____
(Signature of party or attorney)

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Jo Anna Canzoneri McCormick
PO Box 684 Pasadena CA 91102

TELEPHONE NO.: 626 203 9262
ATTORNEY FOR (Name): IN PRO PER

STREET ADDRESS: Unites States Federal Court
MAILING ADDRESS: 1100 Commerce Street #1452
CITY AND ZIP CODE: Dallas Texas 75242
BRANCH NAME:

CASE NAME: JO ANNA CANZONERI McCORMICK

---

**CIVIL CASE COVER SHEET**

| [XX] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | Complex Case Designation [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER: |
|---|---|---|---|
| | | | JUDGE: |
| | | | DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motor... 16)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [✗] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [✗] Defamation (13)
- [✗] Fraud (16)
- [✗] Intellectual property (19)
- [✗] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [✗] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [✗] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [✗] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

**2.** This case [XX] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
- a. [ ] Large number of separately represented parties
- b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
- c. [ ] Substantial amount of documentary evidence
- d. [ ] Large number of witnesses
- e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
- f. [ ] Substantial postjudgment judicial supervision

**3.** Type of remedies sought (check all that apply):
- a. [XX] monetary
- b. [ ] nonmonetary; declaratory or injunctive relief
- c. [XX] punitive

**4.** Number of causes of action (specify):

**5.** This case [ ] is [XX] is not a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. You may use form CM-015.

Date: 01/05/2012

JO ANNA CANZONERI McCormick
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

---

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 10
www.courtinfo.ca.gov

JURISDICTION (CHECK ALL THAT APPLY)
CASE NUMBER
XXX ACTION IS AN UNLIMITED CIVIL CASE (EXCEEDS $25,000)

1. PLAINTIFF (name or names): JO ANNA CANZONERI *MCCORMICK*

alleges causes of action against defendant (name or names) *USA City of Alhambra*
*County of Los Angeles State of California*

2. This pleading, including attachments and exhibits, consists of the following number of pages
*(See Attached Exhibits attached hereto and made apart hereof)*

   a. Each plaintiff named above is a competent adult
      Except plaintiff (name)
      (1)   A corporation qualified to do business in
      (2)   An unincorporated entity (describe)
      (3)   Other (specify)

3. Plaintiff (name)

   a.   Has complied with the fictious business name laws and is doing business under the
        fictitious name (specify)

   b.   Has complied with all licensing requirements as a licensed (specify)

   c.   Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4.   Each defendant named above is a natural person

**XX** Except defendant (name) *USA*
   (1)   A business organization, form unknown
      (2)   A corporation
      (3)   An unincorporated entity (describe)
      (4)   A public entity (describe)
      (5)   Other (specify)

**X** Except defendant (name) *City of Alhambra*
   (1)   A business organization, form unknown
      (2)   A corporation
      (3)   An unincorporated entity (describe)
      (4)   A public entity (describe)
      (5)   Other (specify)

**X** Except defendant (name) *County of Los Angeles*
   (1)   A business organization, form unknown
      (2)   A corporation
      (3)   An unincorporated entity (describe)
      (4)   A public entity (describe)
      **(5)** Other (specify)
         *All other states*

**X** Except defendant (name) *State of California*
   (1)   A business organization, form unknown
      (2)   A corporation
      (3)   An unincorporated entity (describe)
      (4)   A public entity (describe)
      (5)   Other (specify)

SHORT TITLE: JO ANNA CANZONERI McCormick     CASE NUMBER

**4. (CONTINUED)**

b. The true names of defendants sued as Does are unknown to plaintiff,

X X (1) Doe Defendants (specify DOE numbers): were the agents or employees of the named defendants and acted within the scope of that agency or employment.

X X (2) Doe defendants (specify DOE numbers): are persons whose capacities are unknown to Plaintiff.

c. Information about additional defendants who are not natural persons is contained in Attachment

d. Defendants who are joined under Code of Civil Procedure section XXXX are (names)

**5.** Plaintiff is required to comply with a claims statute, and

XX a. has complied with applicable claims statutes, or

XX b. is excused from complying because (specify)

**6.** X This action is subject to    Civil Code section XXX    Civil Code section XXX

**7.** This court is the proper court because

a   a defendant entered into the contract here.

X b   a defendant lived here when the contract was entered into.

X c.   a defendant lives here now

X d.   the contract was to be performed here.

X e.   a defendant is a corporation or unincorporated association and its principal place of business is here.

X f.   real property that is the subject of this action is located here.

g   other (specify)

**8.** The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

XXX   Breach of Contract      XX   GENERAL NEGLIGENCE

XXX   Other (specify) FRAUD

XXX   INTENTIONAL TORT

**9.** Other allegations (see Attached Exhibit attached hereto and made apart hereof)

**10.** Plaintiff prays for judgement for costs of suit; for such relief as is fair, just, and equitable; and for

XX a. Damages of $ UNKNOWN AT THIS TIME

XX b. Interest on the damages UNKNOWN AT THIS TIME

According to proof UNKNOWN AT THIS TIME

At the rate of (specify)     percent per year from (date):

XX c. Attorney fees

(1) Of $ UNKNOWN at THIS TIME

(2) According to proof UNKNOWN AT THIS TIME

X X d.. Other (specify) COMPENSATORY, CONSEQUENTIAL AND PUNITIVE DAMAGES

**11.** The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):

DATE 01/05/2012

JO ANNA CANZONERI McCormick      JO ANNA CANZONERI McCormick

**JO ANNA CANZONERI MCCORMICK**
**P O BOX 684**
**PASADENA CALIFORNIA 91102**

# SUMMONS

United States Federal Court
~~500 Pearl Street #8~~ *9CM*
~~New York New York~~ 10038 *9CM*
1100 Commerce Street
~~Dallas Texas~~

**PLAINTIFF:**
**JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;**
**JOHN DOES 1-1000**
**JANE DOES 1-1000**

**VS**

**DEFENDANT:**
PRESIDENT BARACK OBAMA,AN INDIVIDUAL,ETAL;
UNITED STATES OF AMERICA,A BUSINESS ENTITY,ETAL;
USA,A BUSINESS ENTITY,ETAL;
US,A BUSINESS ENTITY,ETAL;
**ALABAMA,A BUSINESS ENTITY,ETAL:**
**BIRMINGHAM,A BUSINESS ENTITY,ETAL:**
**JEFFERSON,A BUSINESS ENTITY,ETAL:**
**ALASKA,A BUSINESS ENTITY,ETAL:**
**ANCHORAGE,A BUSINESS ENTITY,ETAL:**
**ANCHORAGE,A BUSINESS ENTITY,ETAL:**
**ARIZONA,A BUSINESS ENTITY,ETAL;**
**PHOENIX,A BUSINESS ENTITY,ETAL;**
**MARICOPA,A BUSINESS ENTITY,ETAL;**
**ARKANSAS,A BUSINESS ENTITY,ETAL;**
**LITTLE ROCK,A BUSINESS ENTITY,ETAL;**
**PULASKI,A BUSINESS ENTITY,ETAL;**
**NORTHERN CALIFORNIA,A BUSINESS ENTITY,ETAL;**
**SOUTHERN CALIFORNIA,A BUSINESS ENTITY,ETAL;**
**CENTRAL CALIFORNIA,A BUSINESS ENTITY,ETAL;**

CALIFORNIA,A BUSINESS ENTITY,ETAL;
ALHAMBRA,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES,A BUSINESS ENTITY,ETAL
COLORADO,A BUSINESS ENTITY,ETAL;
DENVER,A BUSINESS ENTITY,ETAL;
DENVER,A BUSINESS ENTITY,ETAL;
CONNECTICUT,A BUSINESS ENTITY,ETAL;
BRIDGEPORT,A BUSINESS ENTITY,ETAL;
FAIRFIELD,A BUSINESS ENTITY,ETAL;
DELAWARE,A BUSINESS ENTITY,ETAL;
WILMINGTON,A BUSINESS ENTITY,ETAL;
NEW CASTLE,A BUSINESS ENTITY,ETAL;
DISTRICT OF COLUMBIA,A BUSINESS ENTITY,ETAL;
FLORIDA,A BUSINESS ENTITY,ETAL;
JACKSONVILLE,A BUSINESS ENTITY,ETAL;
DUVAL,A BUSINESS ENTITY,ETAL;
GEORGIA,A BUSINESS ENTITY,ETAL;
ATLANTA,A BUSINESS ENTITY,ETAL;
FULTON,A BUSINESS ENTITY,ETAL;
HAWAII,A BUSINESS ENTITY,ETAL;
HONOLULU,A BUSINESS ENTITY,ETAL;
HONOLULU,A BUSINESS ENTITY,ETAL;
IDAHO,A BUSINESS ENTITY,ETAL;
BOISE,A BUSINESS ENTITY,ETAL;
ADA,A BUSINESS ENTITY,ETAL;
ILLINOIS,A BUSINESS ENTITY,ETAL;
CHICAGO,A BUSINESS ENTITY,ETAL;
WHEATON,A BUSINESS ENTITY,ETAL;
COOK,A BUSINESS ENTITY,ETAL;
INDIANA,A  BUSINESS ENTITY,ETAL;
INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
MARION,A BUSINESS ENTITY,ETAL;
IOWA,A BUSINESS ENTITY,ETAL;
DES MOINES,A BUSINESS ENTITY,ETAL;
POLK,A BUSINESS ENTITY,ETAL;
KANSAS,A BUSINESS ENTITY,ETAL;
WICHITA,A BUSINESS ENTITY,ETAL;
SEDGWICK,A BUSINESS ENTITY,ETAL;
KENTUCKY,A BUSINESS ENTITY,ETAL;
LOUISVILLE,A BUSINESS ENTITY,ETAL;
JEFFERSON,A BUSINESS ENTITY,ETAL;
LOUISIANA,A BUSINESS ENTITY,ETAL;
NEW ORLEANS,A BUSINESS ENTITY,ETAL;
ORLEANS,A BUSINESS ENTITY,ETAL;
MAINE,A BUSINESS ENTITY,ETAL;
PORTLAND,A BUSINESS ENTITY,ETAL;
CUMBERLAND,A BUSINESS ENTITY,ETAL;
MARYLAND,A BUSINESS ENTITY,ETAL;

BALTIMORE,A BUSINESS ENTITY,ETAL;
BALTIMORE,A BUSINESS ENTITY,ETAL;
MASSACHUSETTS,A BUSINESS ENTITY,ETAL;
BOSTON,A BUSINESS ENTITY,ETAL;
BRISTOL,A BUSINESS ENTITY,ETAL;
MICHIGAN,A BUSINESS ENTITY,ETAL;
DETROIT,A BUSINESS ENTITY,ETAL;
WAYNE,A BUSINESS ENTITY,ETAL;
MINNESOTA,A BUSINESS ENTITY,ETAL;
MINNEAPOLIS,A BUSINESS ENTITY,ETAL;
HENNEPIN,A BUSINESS ENTITY,ETAL;
MISSISSIPPI,A BUSINESS ENTITY,ETAL;
JACKSON,A BUSINESS ENTITY,ETAL;
HINDS,A BUSINESS ENTITY,ETAL;
MISSOURI,A BUSINESS ENTITY,ETAL;
KANSAS CITY,A BUSINESS ENTITY,ETAL;
JACKSON,A BUSINESS ENTITY,ETAL;
MONTANA,A BUSINESS ENTITY,ETAL;
BILLINGS,A BUSINESS ENTITY,ETAL;
WELLOWSTONE,A BUSINESS ENTITY,ETAL;
NEBRASKA,A BUSINESS ENTITY,ETAL;
OMAHA,A BUSINESS ENTITY,ETAL;
DOUGLAS,A BUSINESS ENTITY,ETAL;
NEVADA,A BUSINESS ENTITY,ETAL;
LAS VEGAS,A BUSINESS ENTITY,ETAL;
CLARK,A BUSINESS ENTITY,ETAL;
NEW HAMPSHIRE,A BUSINESS ENTITY,ETAL;
MANCHESTER,A BUSINESS ENTITY,ETAL;
HILLSBOROUGH,A BUSINESS ENTITY,ETAL;
NEW JERSEY,A BUSINESS ENTITY,ETAL;
NEWARK,A BUSINESS ENTITY,ETAL;
ESSEX,A BUSINESS ENTITY,ETAL;
NEW MEXICO,A BUSINESS ENTITY,ETAL;
ALBUQUERQUE,A BUSINESS ENTITY,ETAL;
BERNALILLO,A BUSINESS ENTITY,ETAL;
NY,A BUSINESS ENTITY,ETAL;
NYC,A BUSINESS ENTITY,ETAL;
NEW YORK,A BUSINESS ENTITY,ETAL;
NEW YORK POLICE OFFICER,AN INDIVIDUAL,ETAL;
NEW YORK STATE POLICE,A BUSINESS ENTITY,ETAL;
NEW YORK STATE ATTORNEY,AN INDIVIDUAL,ETAL;
NEW YORK CHILDREN SERVICES,A BUSINESS ENTITY,ETAL;
NEW YORK STATE OFFICE  CHILDREN AND FAMILY SERVICES,A BUSINESS
ENTITY,ETAL;
NEW YORK STATE COUNCIL ON CHILDREN AND FAMILY SERVICES,A BUSINESS
ENTITY,ETAL;
NEW YORK STATE ATTORNEYS OFFICE,A BUSINESS ENTITY,ETAL;

**STATE OF NEW YORK,A BUSINESS ENTITY,ETAL;**
**BROOKLYN,A BUSINESS ENTITY,ETAL;**
**KINGS,A BUSINESS ENTITY,ETAL;**
**NORTH CAROLINA,A BUSINESS ENTITY,ETAL;**
**CHARLOTTE,A BUSINESS ENTITY,ETAL;**
**MECKLENBURG,A BUSINESS ENTITY,ETAL;**
**NORTH DAKOTA,A BUSINESS ENTITY,ETAL;**
**FARGO,A BUSINESS ENTITY,ETAL;**
**CASS,A BUSINESS ENTITY,ETAL;**
**OHIO,A BUSINESS ENTITY,ETAL;**
**COLUMBUS,A BUSINESS ENTITY,ETAL;**
**FRANKLIN,A BUSINESS ENTITY,ETAL;**
**OKLAHOMA,A BUSINESS ENTITY,ETAL;**
**OKLAHOMA CITY,A BUSINESS ENTITY,ETAL;**
**OKLAHOMA,A BUSINESS ENTITY,ETAL;**
**OREGON,A BUSINESS ENTITY,ETAL;**
**PORTLAND,A BUSINESS ENTITY,ETAL;**
**OREGON,A BUSINESS ENTITY,ETAL;**
**PENNSYLVANIA,A BUSINESS ENTITY,ETAL;**
**PHILADELPHIA,A BUSINESS ENTITY,ETAL;**
**PHILADELPHIA,A BUSINESS ENTITY,ETAL;**
**RHODE ISLAND,A BUSINESS ENTITY,ETAL;**
**PROVIDENCE,A BUSINESS ENTITY,ETAL;**
**PROVIDENCE,A BUSINESS ENTITY,ETAL;**
**SOUTH CAROLINA,A BUSINESS ENTITY,ETAL;**
**COLUMBIA,A BUSINESS ENTITY,ETAL;**
**RICHLAND,A BUSINESS ENTITY,ETAL;**
**SOUTH DAKOTA,A BUSINESS ENTITY,ETAL;**
**SIOUX FALLS,A BUSINESS ENTITY,ETAL;**
**MINNEHAHA,A BUSINESS ENTITY,ETAL;**
**TENNESSEE,A BUSINESS ENTITY,ETAL;**
**MEMPHIS,A BUSINESS ENTITY,ETAL;**
**SHELBY,A BUSINESS ENTITY,ETAL;**
**TEXAS,A BUSINESS ENTITY,ETAL;**
**HOUSTON,A BUSINESS ENTITY,ETAL;**
**HARRIS,A BUSINESS ENTITY,ETAL;**
**UTAH,A BUSINESS ENTITY,ETAL;**
**SALT LAKE CITY,A BUSINESS ENTITY,ETAL;**
**SALT LAKE,A BUSINESS ENTITY,ETAL;**
**VERMONT,A BUSINESS ENTITY,ETAL;**
**BURLINGTON,A BUSINESS ENTITY,ETAL;**
**CHITTENDEN,A BUSINESS ENTITY,ETAL;**
**VIRGINIA,A BUSINESS ENTITY,ETAL;**
**VIRGINIA BEACH,A BUSINESS ENTITY,ETAL;**
**NORFOLK,A BUSINESS ENTITY,ETAL;**
**WASHINGTON,A BUSINESS ENTITY,ETAL;**
**SEATTLE,A BUSINESS ENTITY,ETAL;**

**KING,A BUSINESS ENTITY,ETAL;**
**WASHINGTON DC,A BUSINESS ENTITY,ETAL;**
**WEST VIRGINIA,A BUSINESS ENTITY,ETAL;**
**CHARLESTON,A BUSINESS ENTITY,ETAL;**
**KANAWHA,A BUSINESS ENTITY,ETAL;**
**WISCONSIN,A BUSINESS ENTITY,ETAL;**
**MILWAUKEE,A BUSINESS ENTITY,ETAL;**
**MILWAUKEE,A BUSINESS ENTITY,ETAL;**
**WYOMING,A BUSINESS ENTITY,ETAL;**
**CHEYENNE,A BUSINESS ENTITY,ETAL;**
**LARAMIE,A BUSINESS ENTITY,ETAL;**

City of Alhambra, a business entity, etal;
County of Los Angeles, a business entity etal;
California, a business entity, etal;
State of California, a business entity, etal;

CITY OF ALHAMBRA
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY CLERK,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY HALL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY MANAGER,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FIRE DEPARTMENT/PARAMEDICS,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FOR ANY ALHAMBRA CITY GOVERNMENT OFFICE NOT LISTED ABOVE,A
BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
LIBRARY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC LIBRARY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PARKS AND RECREATION,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PERSONNEL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
POLICE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC WORKS,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SALE STREETS NOW,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC SCHOOL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SCHOOL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SCHOOL-PUBLIC,A BUSINESS ENTITY,ETAL;
ALHAMBRA
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY CLERK,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY HALL,A BUSINESS ENTITY,ETAL;
ALHAMBRA

CITY MANAGER,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FIRE DEPARTMENT/PARAMEDICS,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FOR ANY ALHAMBRA CITY GOVERNMENT OFFICE NOT LISTED ABOVE,A
BUSINESS ENTITY,ETAL;
ALHAMBRA
LIBRARY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC LIBRARY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PARKS AND RECREATION,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PERSONNEL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
POLICE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC WORKS,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SALE STREETS NOW,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC SCHOOL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SCHOOL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SCHOOL-PUBLIC,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY CLERK,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY HALL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY MANAGER,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;

COUNTY OF L.A., a business entity, etal.)

COUNTY OF LOS ANGELES
ADMINISTRATIVE OFFICES,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ADOPTIONS DEPARTMENT SEE CHILDREN AND FAMILY SERVICES
DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
AGRICULTURAL COMMISSIONER-WEIGHTS AND MEASURES,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
ALTERNATE PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ARBORETA AND BOTANIA GARDENS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ARBORETA AND BOTANIA GARDENS SEE PARKS AND RECREATION
DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ART'S COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ASSESSOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
AUDITOR-CONTROLLER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
BEACHES-HARBORS DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
BOARD OF SUPERVISORS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CAO DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CENTRAL FRAUD REPORTING LINE-24HRS(HOURS) CALL,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILD SUPPORT SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDREN AND FAMILIES COMMISSION FOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDRENS AND FAMILY SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDRENS SERVICES COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDRENS SERVICES COMMISSION SEE CHILDREN AND FAMILIES
COMMISSION FOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COLLECTIONS-DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COLLECTIONS DEPARTMENT OF SEE TREASURES-TAX COLLECTOR,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COMMUNITY AND SENIOR SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
COMMUNITY DEVELOPMENT COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CONCILIATION COURT,A BUSINESS ENTITY,ETAL;

COUNTY OF LOS ANGELES
CONSUMER AFFAIRS DEPARTMENT OF,A BUSINESS ENTITY,ETAL;


COUNTY OF LOS ANGELES
DEPARTMENT OF CONSUMER AFFAIRS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COUNTY CLERK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COUNTY ENGINEER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DISABLITIES-COMMISSION ON,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DISTRICT ATTORNEY,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DOMESTIC VIOLENCE HOTLINE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ELDER ABUSE HOTLINE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HARBOR PATROL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HAZARDOUS MATERIALS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HEALTH SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HEALTH SERVICES DEPARTMENT-PUBLIC HEALTH PROGRAMS,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HOSPITAL AND CLINICS SERVICES,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
INFORMATION-COUNTY AND GENERAL SERVICES,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
INFORMATION-FOR INFORMATION OR SERVICES NOT LISTED
CALL THE NEAREST COUNTY OFFICE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
JUVENILE TRAFFIC,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
LIBRARY PUBLIC,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
LIFEGUARDS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARINA DEL REY HARBOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARSHAL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARSHAL SEE SHERIFF CIVIL DIVISION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MEDI-CAL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MEDI-CAL SEE YOUR LOCAL ASSISTANCE PAYMENT OFC(OFFICE)
UNDER PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MENTAL HEALTH SERVICES,A BUSINESS ENTITY,ETAL;

COUNTY OF LOS ANGELES
MILITARY AND VETERANS AFFAIRS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUNICIPAL COURTS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUNICIPAL COURTS SEE SUPERIOR COURT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSEUM OF ART,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSEUM OF NATURAL HISTORY,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSIC AND PERFORMING ARTS COMMISSION,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSIC AND PERFORMING ARTS COMMISSION SEE ARTS
COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
NURSING HOME INFORMATION AND REFERRAL SERVICE-NHIRS,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
OFFICE OF EDUCATIONS-ADMIN (ADMINISTRATION) OFFICE,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
OMBUDSMAN OFFICE OF,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PARKS AND RECREATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PATIENTS RIGHTS OFFICE-MENTAL HEALTH DEPARTMENT OF,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DEPARTMENT OF MENTAL HEALTH,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PATRIOTIC HALL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PRENATAL CARE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PROBATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC WORKS DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
RECORDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
RECORDER SEE REGISTRAR-RECORDER COUNTY CLERK,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGIONAL PLANNING DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGISTRAR RECORDER COUNTY CLERK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGISTRAR-RECORDER COUNTY CLERK 12400 E (EAST)  IMPERIAL
HWY (HIGHWAY) NORWALK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES

RETIREMENT INFORMATION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ROAD DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SAN GABRIEL VALLEY MOSQUITO AND VECTOR CONTROL
DISTRICT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SANTATION DISTRICTS OF LOS ANGELES COUNTY,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
SHERIFF,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERINTENDENT OF SCHOOLS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT OF CALIFORNIA-COUNTY OF LOS ANGELES,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TAX COLLECTOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TAX COLLECTOR SEE TREASURER-TAX COLLECTOR,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TREASURER-TAX COLLECTOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
VETERINARY PUBLIC HEALTH,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
VINE VICTIM NOTIFICATION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WEIGHTS AND MEASURES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WELFARE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WELFARE SEE PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
WOMEN COMMISSION FOR,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ADMINISTRATIVE OFFICES,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ADOPTIONS DEPARTMENT SEE CHILDREN AND FAMILY SERVICES
DEPARTMENT,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
AGRICULTURAL COMMISSIONER-WEIGHTS AND MEASURES,A BUSINESS
ENTITY,ETAL;
LOS ANGELES COUNTY
ALTERNATE PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;

State of CA, a business entity, etal;

STATE OF CALIFORNIA
ACCOUNTANCY BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF ACCOUNTANCY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AIR RESOURCES BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ALCOHOLIC BEVERAGE CONTROL DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AREA BOARD 10,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ASSEMBLY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AUTOMOTIVE REPAIR BUREAU OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BUREAU OF AUTOMOTIVE REPAIR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BARBERING AND COSMETOLOTY PROGRAM,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BEHAVIORAL SCIENCE EXAMINERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF BEHAVIORAL SCIENCE EXAMINERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BUREAU OF STATE AUDITS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CALIF (CALIFORNIA) ARCHITECTS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ARCHITECTS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CALIFORNIA STATE AUDITOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
STATE AUDITOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CEMETERY-FUNERAL PROGRAMS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CHILD MOLESTER IDENTIFICATION LINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
COMPENSATION INSURANCE FUND,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONSERVATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONSUMER AFFAIRS DEPARTMENT OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONTRACTORS STATE LICENSE BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CORRECTIONS DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
COURT REPORTERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF COURT REPORTERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DENTAL AUXILIARY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DENTAL EXAMINERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF DENTAL EXAMINERS,A BUSINESS ENTITY,ETAL;

STATE OF CALIFORNIA
DMV (DEPARTMENT OF MOTOR VEHICLES),A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DMV (DEPARTMENT OF MOTOR VEHICLES) SEE MOTOR VEHICLES DEPARTMENT OF,A
BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EMPLOYMENT TRAINING PANEL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ENERGY COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EQUALIZATION BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF EQUALIZATION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FAIR EMPLOYMENT AND HOUSING DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FISH AND GAME DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FISH & GAME DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FRANCHISE TAX BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
OFFICE OF THE GOVERNOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA GOVERNOR OFFICE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

GEOLOGISTS AND GEOPHYSICISTS BOARD OF REGISTRATION FOR,A BUSINESS
ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF REGISTRATION FOR GEOLOGISTS AND GEOPHYSICISTS,A BUSINESS
ENTITY,ETAL;
STATE OF CALIFORNIA

HABEAS CORPUS RESOURCE CENTER,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HEALTH SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HIGHWAY PATROL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOME FURNISHINGS BUREAU OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BUREAU OF HOME FURNISHINGS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOMEOWNERS AND RENTERS ASSISTANCE FOR SENIOR CITIZENS AND DISABLED AND BLIND,A
    BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOMEOWNERS & RENTERS ASSISTANCE FOR SENIOR CITIZENS & DISABLED & BLIND,A
    BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

IF YOU ARE UNABLE TO FIND THE STATE OFFICE YOU NEED CALL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

INDUSTRIAL RELATIONS DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

JUDICIAL PERFORMANCE COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

LANDSCAPE ARCHITECTS TECHNICAL COMMITTEE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

LOTTERY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MANAGED HEALTH CARE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MEDICAL BOARD OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MEDICAL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MOTOR VEHICLES DEPARTMENTS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

NATIONAL GUARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

NURSES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OPTOMETRY BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF OPTOMETRY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OSHA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OSHA SEE INDUSTRIAL (RELATION DEPARTMENT),A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PARKS AND RECREATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PHARMACY BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PHYSICAN-DOCTOR COMPLAINT HOTLINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PODIATRIC MEDICINE BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF PODIATRIC MEDICINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PROFESSIONAL ENGINEERS BOARD OF REGISTRATION FOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PSYCHOLOGY BOARD OF,A BUSINESS ENTITY, ETAL;
STATE OF CALIFORNIA

BOARD OF PSYCHOLOGY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PUBLIC UTILITIES COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REAL ESTATE DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REAL ESTATE COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REHABILITATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SAN GABRIEL BASIN WATER QUALITY AUTHORITY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BASIN WATER QUALITY AUTHORITY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SECURITY AND INVESTIGATIVE SERVICES,A BUSINESS ENTITY, ETAL;
STATE OF CALIFORNIA

SENATE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE SENATE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE BAR OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE COMPENSATION INSURANCE FUND,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STRUCTURAL PEST CONTROL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TAXES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TAXES SEE FRANCHISE TAX BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TOXIC SUBSTANCES CONTROL DEPARTMENT OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

DEPARTMENT OF TOXIC SUBSTANCES CONTROL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TRANSPORTATION DEPARTMENT OF CALTRANS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

UNEMPLOYMENT INSURANCE APPEALS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

VETERANS AFFAIRS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

VETERINARY MEDICINE BOARD OF EXAMINERS IN,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF EXAMINERS IN VETERINARY MEDICINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WATER QUALITY CONTROL BOARD-LOS ANGELES REGION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WATER QUALITY CONTROL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WORKERS COMPENSATION APPEALS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

YOUTH AUTHORITY DEPARTMENT,A BUSINESS ENTITY,ETAL;
State of California
Welfare, a business entity, etal;

CALIFORNIA

ACCOUNTANCY BOARD OF,A BUSINESS ENTITY,ETAL;
CALIFORNIA

BOARD OF ACCOUNTANCY,A BUSINESS ENTITY,ETAL;
CALIFORNIA

AIR RESOURCES BOARD,A BUSINESS ENTITY,ETAL;
CALIFORNIA

```
Jane Does 1-400,000,000,000, Jane Does Companys 1-400,000,000,000,
John Does 1-400,000,000,000, John Does Companys 1-400,000,000,000,
Jane Does Corporations 1-400,000,000,000,
John Does Corporations 1-400,000,000,000, inclusive
```

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to

serve a copy of your answer, (if the complaint is not served with this summons, to serve a notion of appearance) on the plaintiff's attorney within       of days after the service of this summons, exclusive of the day of service, or within 30 days after the service is complete if this summons is not personally served on you within the STATE OF .
In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint

DATED: 01/05/2012 PRO SE JO ANNA CANZONERI McCormick
MCCORMICK

PRIORITY MAIL®

UNITED STATES POSTAL SERVICE®

usps.com/post

CERTIFIED MAIL™

**For Domestic and International Use**

**Visit us at usps.com**

From/Expéditeur:
JoAnna Gonzales; McCormick
PO Box 684
Pasadena CA 91102

To/Destinataire:
Clerk's Office Federal Court
United States and Dallas Division Office
Headquarters
1100 Commerce Street
#1452
Dallas Texas 75242

Country of Destination/Pays de destination:

7011 0470 0002 8323 6226

3S FIRML

1006    75242

U.S. POSTAGE
PASADENA, CA
JAN 06 12
AMOUNT
$10.10
000-7154-20

JAN - 9 2012

**RETURN RECEIPT REQUESTED**

EP14F


Recycled Paper



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

TIONAL RESTRICTIONS APPLY:

WEIGHT LIMIT ON
TIONAL APPLIES

of mailable material may be enclosed, as long
ped, not modified, and the contents are
ined within the envelope with the adhesive
the seams of closure.

omers are required. Consult the
al Mail Manual (IMM) at pe.usps.gov
tail Associate for details.

USPS packaging products have been awarded Cradle
o Cradle Certification™ for their ecologically intelligent
design. ... ... .... ..... ... .... ...