IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JO ANNA CANZONERI MCCORMICK,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-65-L-BH** |
| | § | |
| **PRESIDENT BARACK OBAMA, et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Jo Anna Canzoneri McCormick brought this action on January 9, 2012, against President Barack Obama and other defendants, and filed an Application for Waiver of Court Fees and Costs. The case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 6, 2012, recommending that the application be denied and the action dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. No objections to the Report were timely filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **denies** McCormick's Application for Waiver of Court Fees and Costs, and **dismisses** this action **without prejudice** for failure to prosecute.

**It is so ordered** this 22nd day of February, 2012.

_____
Sam A. Lindsay
United States District Judge

Order – Page 2